[L. A. No. 15717. In Bank.—July 20, 1936.]

LOS ANGELES LIME COMPANY (a Corporation), Appellant, v. L. L. ADAMS et al., Respondents.

[L. A. No. 15718. In Bank.—July 20, 1936.]

LLEWELLYN IRON WORKS (a Corporation), Appellant, v. L. L. ADAMS et. al., Respondents.

[L. A. No. 15719. In Bank.—July 20, 1936.]

PACIFIC COAST STEEL CORPORATION (a Corporation), Appellant, v. L. L. ADAMS et al., Respondents.

[L. A. No. 15720. In Bank.—July 20, 1936.]

SUNSET ROCK PRODUCTS COMPANY (a Corporation), Appellant, v. L. L. ADAMS et al., Respondents.

Horton & Horton, Joseph K. Horton and Holbrook, Taylor, Tarr & Horton for Appellants.

Louis Ferrari, Edmund Nelson, Freston & Files, Ralph E. Lewis, O'Melveny, Tuller & Myers and Louis W. Myers for Respondents.

THE COURT.—These four cases are similar to the case of *Hammond Lumber Co.* v. *Adams,* L. A. No. 15716 (*ante,* p. 24 [59 Pac. (2d) 1030]), this day decided, except as to plaintiffs, dates and amounts of the certificates. ▮ Upon the authority of our decision in that case, and for the reasons therein announced, we conclude that the court below properly sustained demurrers to the several complaints without leave to amend.

The judgments are, and each is affirmed.